The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>DAJUAN W. JACKSON,<br><br>                    Defendant. | CASE NO.   MJ23-445<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code,<br>Section 922(g)(1) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about August 8, 2023, in King County, within the Western District of Washington, DAJUAN W. JACKSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. Dajuan Jackson*

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      i.    One count of *Felon in Possession of a Firearm*, in the Circuit Court of the State of Oregon for Multnomah County, under case number 16-CR-30387, on or about April 15, 2016;

      ii.    One count of *Attempting to Elude a Pursuing Police Vehicle,* in the Superior Court of Washington for Pierce County, under case number 13-1-04262-4, on or about February 12, 2014;

      iii.    One count of *Attempting to Elude a Pursuing Police Vehicle*, in the Superior Court of Washington for Pierce County, under case number 13-1-04269-1, on or about February 12, 2014;

      iv.    One count of *Possessing Stolen Property in the Second Degree*, in the Superior Court of Washington for Pierce County, under case number 13-1-047235, on or about February 12, 2014; and

      v.    One count of *Trafficking Stolen Property in the Second Degree*, in the Superior Court of Washington for Pierce County, under case number 13-1-03254-8.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: an Anderson Manufacturing, Model AM-15, multi-caliber rifle, that had been shipped and transported in interstate and foreign commerce, and ammunition, that is: one (1) round of Sellier & Bellot, 9x19, and sixteen (16) rounds of Lake City rifle ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Anna M. Schmidt, being first duly sworn on oath, depose and say:

**Affiant Background**

1.    I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

Complaint - 2

*United States v. Dajuan Jackson*

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.    I am a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 31, 2021. I am currently assigned to the Seattle Field Office, in Seattle, Washington, where I am assigned to the ATF Violent Crime Task Force. In this capacity, I enforce federal criminal laws relating to the possession and trafficking of firearms. Prior to my employment with the ATF, I served as a police officer with the City of Madison Police Department in Madison, Wisconsin, from September 2014 until January 2021. I received formal training at the Madison Police Department Training Center. I also completed a 40-hour Undercover School. From February 2017 to February 2020, I worked with the Dane County Narcotics Task Force as an Undercover Police Officer. During this time, I participated in hundreds of operations, including controlled purchases, surveillance, and warrants. I received formal training from the Federal Law Enforcement Training Center in Glynco, Georgia, Criminal Investigators Training Program, which familiarized me with basic narcotic investigations, drug identification and detection, familiarization with United States narcotics laws, financial investigations and money laundering, identification and seizure of drug-related assets, organized crime investigations, physical and electronic surveillance, and undercover operations. In addition, I successfully completed a fourteen-week ATF Special Agent Basic Training course in Glynco, Georgia, which included comprehensive, formalized instruction in, among other things: firearms identification, firearms trafficking, arson and explosives, and tobacco and alcohol diversion.

3.    During my professional training and experience, I have both assisted in and conducted investigations into firearms and narcotic violations. I have participated in undercover operations, and in the execution of search warrants at locations associated with these individuals. During the execution of search warrants, I have participated in the recovery of evidence related to firearms and narcotic violations. Through this experience and training and based upon the experience of other Special Agents which has been relayed to me, I have become familiar with the modus operandi of narcotic dealers and narcotic traffickers and illegal possessors of firearms and ammunition as enumerated herein.

Complaint - 3

*United States v. Dajuan Jackson*

4.      When this Affidavit refers to identification documents, either I or other agents involved in the investigation have reviewed the relevant driver license or similar records maintained by DOL or the equivalent agencies in other states.  When I refer to the criminal history of a subject, either I or other agents involved in the investigation have reviewed the available criminal history from state or federal agencies.  When I refer to beliefs or suspicions held by investigators, these beliefs or suspicions are based upon training and experience.

5.      When providing summaries of calls, text messages, events, and surveillance observations/operations, all the times listed are approximate.

6.      This affidavit is made based upon my personal knowledge, training, experience, and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This Affidavit does not contain every fact known to me or learned through the course of this investigation. Instead, I have set forth only the facts that I believe are essential to establish a fair determination of probable cause.

**Summary of Investigation**

7.      On August 8, 2023, uniformed officers from the Renton Police Department conducted surveillance to locate and arrest JACKSON based on multiple arrest warrants. At approximately 1:00 p.m., officers located JACKSON walking into a parking garage at the Comfort Inn at 13700 Aurora Avenue North in Seattle, Washington, and arrested him.

8.      At the time of arrest, JACKSON was wearing a backpack that contained a high-capacity magazine. The magazine was loaded with one (1) round of Sellier & Bellot, 9x19 ammunition along with twenty-six (26) unknown rounds of ammunition not yet verified.

9.      On August 11, 2023, Renton Police Department (RPD) Detective Hurst executed a state search warrant (23-0-62179-7) for JACKSON's vehicle, a tan GMC Yukon. From the vehicle, Detective Hurst recovered an Anderson Manufacturing, model AM-15, multi-caliber rifle bearing serial number 20153914, and two rifle magazines containing a total of sixteen (16) rounds of Lake City rifle ammunition.

Complaint - 4

*United States v. Dajuan Jackson*

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. On August 31, 2023, SA Arnold reviewed photographs of the above-mentioned firearm and ammunition. Based on SA Arnold's review of the photographs, and in conjunction with the research, knowledge, and experience of SA Arnold, he opined that the one (1) round of Sellier & Bellott, 9x19 ammunition from the high-capacity magazine recovered from JACKSON's backpack during his arrest on August 8, 2023, traveled in interstate and/or foreign commerce if they were received and/or possessed in the state of Washington. Also, he opined that the sixteen (16) rounds of Lake City rifle ammunition recovered from JACKSON's vehicle pursuant to state search warrant 23-0-62179-7 traveled in interstate and/or foreign commerce if they were received and/or possessed in the state of Washington. Finally, SA Arnold opined that the Anderson Manufacturing, Model AM-15, multi-caliber rifle (Serial #20153914) recovered from JACKSON's vehicle pursuant to state search warrant 23-0-62179-7 traveled in interstate and/or foreign commerce if they were received and/or possessed in the state of Washington.

11. I have reviewed JACKSON'S criminal history and observed he has multiple felony convictions punishable by imprisonment for a term exceeding one year, each of which would federally prohibit him from possessing firearms. Those convictions are:

    i. One count of *Felon in Possession of a Firearm*, in the Circuit Court of the State of Oregon for Multnomah County, under case number 16-CR-30387, on or about April 15, 2016;

    ii. One count of *Attempting to Elude a Pursuing Police Vehicle,* in the Superior Court of Washington for Pierce County, under case number 13-1-04262-4, on or about February 12, 2014;

    iii. One count of *Attempting to Elude a Pursuing Police Vehicle*, in the Superior Court of Washington for Pierce County, under case number 13-1-04269-1, on or about February 12, 2014;

    iv. One count of *Possessing Stolen Property in the Second Degree*, in the Superior Court of Washington for Pierce County, under case number 13-1-047235, on or about February 12, 2014; and

Complaint - 5

*United States v. Dajuan Jackson*

v.    One count of *Trafficking Stolen Property in the Second Degree*, in the Superior Court of Washington for Pierce County, under case number 13-1-03254-8.

12.    A review of the judgment in the 2016 (16-CR-30387) case indicates JACKSON pled no contest to the charges and was sentenced to 12 months and 1 day imprisonment. The judgment further shows the defendant and his lawyer were present at sentencing, and it appears to reflect the defendant's signature.

13.    A review of the judgment in the 2014 (13-1-04262-4) case indicates JACKSON pled guilty to the charges and was sentenced to a total term of 12 months and 1 day imprisonment. The judgment further shows the defendant and his lawyer were present at sentencing, and it appears to reflect the defendant's signature.

14.    A review of the 2014 (13-1-04269-1) case indicates JACKSON pled guilty to the charges and was sentenced to a total term of 12 months and 1 day imprisonment. The judgment further shows the defendant and his lawyer were present at sentencing, and it appears to reflect the defendant's signature.

15.    A review of the 2014 (13-1-047235) case indicates JACKSON pled guilty to the charges and was sentenced to a total term of 12 months and 1 day imprisonment. The judgment further shows the defendant and his lawyer were present at sentencing, and it appears to reflect the defendant's signature.

16.    A review of the 2014 (13-1-03254-8) case indicates JACKSON pled guilty to the charges and was sentenced to a total term of 17 months of imprisonment. The judgment further shows the defendant and his lawyer were present at sentencing, and it appears to reflect the defendant's signature

17.    Based on the above facts, I respectfully submit that there is probable cause to believe that DAJUAN W. JACKSON did knowingly and intentionally commit the crime of unlawful possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

Complaint - 6

*United States v. Dajuan Jackson*

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18.    I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Digitally signed by ANNA
SCHMIDT
Date: 2023.09.06 14:46:38
-07'00'

_____
Anna M. Schmidt, Complainant
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

The above-named agent provided a sworn statement to the truth of the foregoing Complaint and Affidavit by videoconference.  Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 7th day of September 2023.

_____
Brian A. Tsuchida
United States Magistrate Judge

Complaint - 7

*United States v. Dajuan Jackson*